

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00821-CV

Billy Albert **TOMES** d/b/a Bexar County Customs,
Appellant

v.

Justin **THOMPSON**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV02126
Honorable Karen Crouch, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court on liability is AFFIRMED, the awards of damages and attorney's fees are REVERSED, and the case is REMANDED to the trial court for a new trial on the issue of unliquidated damages.

We ORDER that appellant, Billy Albert Tomes d/b/a Bexar County Customs, recover his costs of this appeal from appellee, Justin Thompson.

SIGNED October 5, 2016.

Luz Elena D. Chapa, Justice